# MEMORANDUM DECISIONS.

Robert Lowe, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc, October 6, 1908.)

Writ of Error to Circuit Court, DeSoto County, Joseph B. Wall, Judge.

No appearance for the plaintiff in error;

W. H. Ellis, Attorney General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of the Attorney General, counsel for the defendant in error.

---

James T. Osborne, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc, July 7, 1908.)

Writ of Error to Circuit Court, Dade County, Minor S. Jones, Judge.

No appearance for the plaintiff in error;

W. H. Ellis, Attorney General, for the State.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff and the defendant takes writ of error. Writ of error dismissed on motion of the Attorney General, counsel for the defendant in error.

---

B. F. Lasseter and E. J. Lasseter, partners, doing business as B. F. Lasseter and Company, Appellants, v. Joseph Zapf and John Frohock, as Sheriff of Dade County, Florida, Appellees.

(Supreme Court of Florida, En Banc, October 6, 1908.)

Appeal from Circuit Court, Dade County, Minor S. Jones, Judge.

No appearance for the appellants;

M. C. Jordan, for appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. Appeal dismissed on motion of counsel for the appellees.

---

Robert Broome, Plaintiff in Error, v. The State of Florida, Defendant in Error.

(Supreme Court of Florida, En Banc, October 6, 1908.)